UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BOOKLOCKER.COM, INC. | : | |
| Plaintiff, | : | CIVIL ACTION NO. 1:08-CV-160-JAW |
| v. | : | |
| AMAZON.COM, INC. | : | |
| Defendant | : | |

## STIPULATION OF DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above action, with prejudice and without costs, in accord with the terms of the parties' Settlement Agreement dated December 16, 2009.

Dated this 16th day of December, 2009.

   / s / Anthony D. Pellegrini
Anthony D. Pellegrini, Esq.
RUDMAN & WINCHELL
Attorney for Plaintiff BookLocker.com, Inc.
84 Harlow Street – P.O. Box 1401
Bangor, Maine 04402
Telephone: 207-947-4501
Facsimile: 207-941-9715
apellegrini@rudman-winchell.com

   / s / Jeffrey M. White
Jeffrey M. White, Esq.
William J. Kayatta, Esq.
PIERCE ATWOOD LLP
Attorneys for Defendant Amazon.com, Inc.
One Monument Square
Portland, Maine 04101
Telephone: 207-791-1100
jwhite@pierceatwood.com
wkayatta@pierceatwood.com

## CERTIFICATE OF SERVICE

      I, Anthony D. Pellegrini, hereby certify that on   December 16, 2009, I filed the foregoing Stipulation of Dismissal of Action with the Clerk of the United States District Court using the CM/ECF system, which will send notification electronically to all registered participants as identified on the Notice of Electronic Filing (NEF).

   / s / Anthony D. Pellegrini
Anthony D. Pellegrini, Esq.
RUDMAN & WINCHELL
84 Harlow Street – P.O. Box 1401
Bangor, Maine 04402
Telephone: 207-947-4501
Facsimile: 207-941-9715
apellegrini@rudman-winchell.com

Liaison Counsel for Plaintiff